S. RICHARD DAVIDGE, Respondent, *v.* GUARDIAN TRUST COMPANY OF NEW YORK, Appellant.

Reported below, 136 App. Div. 78.
(Submitted April 25, 1910; decided May 3, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 31, 1910, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover damages alleged to have been caused by false representations of the defendant.

The motion was made upon the grounds that the Appellate Division had unanimously decided the verdict to be supported

by the evidence and that no questions of law were raised by appellant's exceptions.

*S. Mack Smith* for motion.

*Henry D. Hotchkiss* opposed.

Motion denied, with ten dollars costs.